UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALBERTO RIVERA, | : | |
| | : | |
| Petitioner, | : | Civ. No. 22-859 (RBK) |
| | : | |
| v. | : | |
| | : | **MEMORANDUM & ORDER** |
| LAMINE N'DIAYE, | : | |
| | : | |
| Respondent. | : | |

Petitioner, Alberto Rivera ("Petitioner" or "Rivera"), is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner was incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey, at the time he filed his habeas petition. On June 29, 2022, this Court screened Petitioner's habeas petition and ordered Respondent to file a response. (*See* ECF 4). On July 14, 2022, this Court's mailing to Petitioner of the June 29, 2022 order was returned to this Court as undeliverable. (*See* ECF 5). A review of the Federal Bureau of Prisons inmate locator indicates that Petitioner is now incarcerated at Federal Medical Center Devens in Massachusetts, not at F.C.I. Fort Dix. *See* https://www.bop.gov/inmateloc/ (last visited on July 15, 2022). Accordingly, and in the interest of justice, this Court will order the Clerk to list FMC Devens as Petitioner's newly updated address of record.

Therefore, IT IS on this 15th day of July, 2022,

ORDERED that the Clerk shall replace Petitioner's address of record in this case with the following: Alberto Rivera, 76219-054, FMC Devens, Federal Medical Center, P.O. Box 879, Ayer, MA 01432; and it is further

2

ORDERED that the Clerk shall serve this memorandum and order along with this Court's June 29, 2022 memorandum and order (ECF 4) on Petitioner by regular U.S. mail at this new address of record in Massachusetts.

s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge